United States District Court
Southern District of Texas

**ENTERED**
May 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS A. VARGAS AGUILAR, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02902 |
| | § | |
| RANDY TATE, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court are Respondents' Motion to Dismiss the Petition for Writ of Habeas Corpus as Moot (Doc. #8) and Petitioner's Motion to Voluntarily Dismiss his Petition for Writ of Habeas Corpus (Doc. #9). The parties represent to the Court that on May 5, 2026, Petitioner agreed to voluntarily depart the United States by June 5, 2026. Doc. #8 at 2; Doc. #9. As such, Petitioner no longer seeks a Writ of Habeas Corpus before this Court. Doc. #9. Accordingly, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, this action is hereby DISMISSED without prejudice.

The Clerk is hereby DIRECTED to close this case.

It is so ORDERED.

**MAY 2 2 2026**
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge